UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------

INTERNATIONAL BROTHERHOOD OF ELECTRICAL )
WORKERS LOCAL UNION NO. 1249 PENSION and )
INSURANCE FUNDS, by Daniel R. Dafoe, as )
Administrator; NATIONAL ELECTRICAL BENEFIT )
FUND, by D.R. Borden, Jr. and Jon F. Walters, )
as Trustees; NEW YORK STATE LINEMAN'S SAFETY )
TRAINING FUND, by Richard French, as Safety )
Director; NORTHEASTERN JOINT APPRENTICE AND )
TRAINING FUNDS, by John Baker, as )
Apprentice Director; and I.B.E.W. LOCAL )
UNION NO. 1249, by William C. Boire, as )
Business Manager, )
                                              )
                            Plaintiffs,       )
                                              )
          -against-                           )
                                              )
SOUTH BUFFALO ELECTRIC, INC., and             )
Mark T. Buffington, Individually and as an    )
Officer of South Buffalo Electric, Inc., and  )
Arnold A. Paolini, Individually and as an     )
Officer of South Buffalo Electric, Inc.,      )
                                              )
                            Defendants.       )
------------------------------------------------

ORDER - pg 2

STIPULATION OF
CONDITIONAL
DISCONTINUANCE

Civil Action No.
5:07-CV-0333

It is hereby stipulated and agreed, by and between the undersigned counsel, the attorneys of record for all parties in the above-referenced action, no party being an infant or incompetent person or in the military service, that the action is settled and is conditionally discontinued, without prejudice, reserving Plaintiffs' rights to reopen the action and proceed with entry of judgment in

accordance with the Affidavit and Stipulation (Confession) for Entry of Judgment executed by the defendants on July 29, 2008.

Dated: August ___, 2008

HODGSON RUSS LLP

By: _____
Catherine Grantier Cooley, Esq.
Attorneys for Defendants
Bar Roll No. 512312
Office and Post Office Address
The Guaranty Building
140 Pearl Street
Buffalo, New York 14202
Telephone: (716) 856-4000
Facsimile: (716) 849-0349
Email: ccooley@hodgsonruss.com

Dated: ~~August~~ September 30, 2008

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, of Counsel
Attorneys for Plaintiffs
Bar Roll No. 101356
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

SO ORDERED:

Dated: Oct 8, 2008

_____
Honorable Gustave J. DiBianco
United States District Court Magistrate Judge

(coll\legal\SouthBuffalo-StpCondDis) jlr